IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIELLA JARROTT,
as parent of minor children D.J. & N.J.,
and as personal representative
of the estate of Darian Jarrott,

      Plaintiff,

v.                                                                  No. CV 22-430 KRS/CG

UNITED STATES OF AMERICA,

      Defendant.

### ORDER EXTENDING DEFENDANT'S TIME TO ANSWER THE COMPLAINT

**THIS MATTER** is before the Court upon Defendant's *Unopposed Motion to Extend Answer* (the "Motion"), (Doc. 6), filed July 20, 2022. In the Motion, Defendant requests a one-month extension of its time to file a responsive pleading, explaining "the agency counsel and other agency personnel need more time to gather the underlying information and prepare the litigation report and draft the answer." *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall answer or otherwise respond to the Complaint by **September 7, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE