IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GABRIELLA JARROTT as**
**parent of her minor children, D.J & N.J,**
**and as personal representative of the**
**wrongful death estate of Darian Jarrott,**

      Plaintiff,

vs.                                            Case No. 2:22-cv-00430-KWR-JFR

**UNITED STATES OF AMERICA,**

      Defendant.

## ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**COMES NOW** Jackie Bregman and hereby enters her appearance on behalf of the Plaintiff Gabriella Jarrott. Plaintiff's current attorney of record, Sam Bregman, no longer represents the Plaintiff and is hereby withdrawn from this case.

                                              Respectfully submitted,

                                              **THE BREGMAN LAW FIRM, P.C.**

                                              By: */s/ Jackie Bregman*
                                                  Jackie Bregman
                                                  Attorney for Plaintiff
                                                  901 3rd Street NW, Suite A
                                                  Albuquerque, NM 87102
                                                  (505) 761-5700

Approved by:

*Approval given 1/5/2023*
Sam Bregman
Counsel for Plaintiff

I certify that the foregoing was filed via the Court's CM/ECF system, which caused all parties to be served by email on this 9th day of January, 2023.

*/s/ Jackie Bregman*
Jackie Bregman