IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIELLA JARROTT,
*As parent of her minor children, D.J. and*
*N.J., and as personal representative of*
*the wrongful death estate of Darian Jarrott,*

   Plaintiff,

  vs.              2:22-cv-00430-KWR-JHR

UNITED STATES OF AMERICA,

   Defendant.

## JUDGMENT

  For the reasons stated in the Memorandum Opinion and Order (**Doc. 35**) entered **July 24, 2023**, the Court dismisses this case without prejudice for lack of subject matter jurisdiction.

  **IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

  **IT IS SO ORDERED.**

                _____
                **KEA RIGGS**
                **UNITED STATES DISTRICT JUDGE**